IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEESA BRYANT,

      Petitioner,

v.                                      CASE NO. 4:12cv627-RH/CAS

J.V. FLOUNOY, Warden, and
UNITED STATES PAROLE COMMISSION,

      Respondents.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 18. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is denied." The clerk must close the file.

SO ORDERED on September 19, 2015.

                                          s/Robert L. Hinkle
                                          United States District Judge